```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HARDY STORAGE COMPANY, LLC,**

    **Plaintiff,**

v.                         //    CIVIL ACTION NO. 2:06CV7
                                    (Judge Keeley)

**AN EASEMENT TO CONSTRUCT,
OPERATE AND MAINTAIN 12-INCH
AND 20-INCH GAS TRANSMISSION
PIPELINES ACROSS PROPERTIES IN
HARDY COUNTY, WEST VIRGINIA,
ET AL,**

    **Defendants.**

_____

**HARDY STORAGE COMPANY, LLC,**

    **Plaintiff,**

v.                         //    CIVIL ACTION NO. 2:06CV17
                                    (Judge Keeley)

**AN EASEMENT FOR TANK SITES ON
PROPERTIES IN HARDY COUNTY,
WEST VIRGINIA, ET AL.,**

    **Defendants.**

                                        //

<u>ORDER</u>

    For reasons appearing to the Court, the status conference scheduled for September 17, 2007 at 1:00 p.m. is **RESCHEDULED** for **October 16, 2007 at 2:00 p.m.**

It is **SO ORDERED.**

**HARDY STORAGE v. PROPERTY INTERESTS, ET.AL.**     2:06cv7
                                                   2:06cv17

## ORDER

The Clerk is directed to transmit copies of the order to counsel of record and all pro se parties.

DATED: August 16, 2007.

                            /s/ Irene M. Keeley
                            IRENE M. KEELEY
                            UNITED STATES DISTRICT JUDGE