IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HARDY STORAGE COMPANY, LLC,**

    Plaintiff,

v.                            //    CIVIL ACTION NO. 2:06CV7
                                     (Judge Keeley)

**AN EASEMENT TO CONSTRUCT,
OPERATE AND MAINTAIN 12-INCH
AND 20-INCH GAS TRANSMISSION
PIPELINES ACROSS PROPERTIES IN
HARDY COUNTY, WEST VIRGINIA,
ET AL,**

    Defendants.

---

**HARDY STORAGE COMPANY, LLC,**

    Plaintiff,

v.                              //    CIVIL ACTION NO. 2:06CV17
                                     (Judge Keeley)

**AN EASEMENT FOR TANK SITES ON
PROPERTIES IN HARDY COUNTY,
WEST VIRGINIA, ET AL.,**

    Defendants.

                                   //

## ORDER

For reasons appearing to the Court, the status conference scheduled for October 16, 2007 at 2:00 p.m. is **RESCHEDULED** for **October 16, 2007 at 12:30 p.m.** at the **Clarksburg, West Virginia** point of hold court.

It is **SO ORDERED.**

HARDY STORAGE v. PROPERTY INTERESTS, ET.AL.				2:06cv7
											2:06cv17

## ORDER

The Clerk is directed to transmit copies of the order to counsel of record and all pro se parties.

DATED: October 10, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE