IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| HARDY STORAGE COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 2:06-cv-7 |
| ) | |
| v. ) | Honorable Irene M. Keeley |
| ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE ) | |
| AND MAINTAIN 12-INCH AND 20-INCH GAS ) | |
| TRANSMISSION PIPELINES ACROSS ) | |
| PROPERTIES IN HARDY COUNTY, WEST ) | |
| VIRGINIA, OWNED BY LARRY GENE AND ) | |
| ANNA COMBS, DONALD G. AND MARIA ) | |
| COMBS (TAX MAP 347 P. 15); et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff Hardy Storage Company, LLC's Motion To Limit Defendant Alvin Kenneth Thompson's Contacts with Plaintiff to Counsel and Designated Contacts, the motion is hereby granted. All communications concerning Thompson's claims and Hardy's construction, operation or maintenance of the pipeline shall be between Hardy's counsel and Thompson's counsel except that Thompson may contact Rick Harris, Environmental Health and Safety Coordinator, at 304-357-2194, concerning reclamation of the property and Columbia Gas Transmission's Monitoring Center at 1-800-835-7191, in the event of a pipeline emergency.

Date: October 17, 2007

_Irene M. Keeley_
U.S. District Judge