IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

HARDY STORAGE COMPANY, LLC,                    )
                                                )
            Plaintiff,                          )        C.A. No. 2:06-cv-7
                                                )
v.                                              )        Honorable Irene M. Keeley
                                                )
AN EASEMENT TO CONSTRUCT, OPERATE               )        Electronically Filed
AND MAINTAIN 12-INCH AND 20-INCH GAS            )
TRANSMISSION PIPELINES ACROSS                   )
PROPERTIES IN HARDY COUNTY, WEST                )
VIRGINIA, OWNED BY LARRY GENE AND               )
ANNA COMBS, DONALD G. AND MARIA                 )
COMBS (TAX MAP 347 P. 15); VIVIAN M.            )
COMBS, PHYLLIS M. COMBS, MICHAEL                )
HALL COMBS, LARRY GENE COMBS, GARY              )
WAYNE COMBS, DONALD GRANVILLE                   )
COMBS AND LEON DALTON COMBS (TAX                )
MAP 347 P. 5 AND P. 9); JAMES M. AND            )
VIRGINIA T. RUPERT, MARY ELLEN                  )
WOOTEN, AND HENRY T. RUPERT (TAX                )
MAP 347 P. 3 AND P. 4); JAMES M. AND            )
VIRGINIA T. RUPERT, HENRY T. RUPERT             )
AND MARY ELLEN WOOTEN (TAX MAP 327              )
P. 6); ALVIN KENNETH THOMPSON (TAX              )
MAP 228 P. 30 AND 229 P. 15.1); KEYVAN          )
RAFEI (TAX MAP 427 P. 1) and UNKNOWN            )
PERSONS AND INTERESTED PARTIES,                 )
                                                )
            Defendants.                         )

**ORDER**

AND NOW, this 17th day of October, 2007, upon consideration of Plaintiff's

Response to Defendant Leon Combs' Motion for Removal of Methanol Gas Line, it is hereby

ORDERED that the Motion is DENIED. Hardy's construction of its methanol line is in

accordance with the previous Orders in this Action and the Federal Energy Regulatory

Commission's Certificate of Public Convenience and Necessity.

BY THE COURT: *October 17, 2007*

*Irene M. Keeley*