```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HARDY STORAGE COMPANY, LLC,**

    **Plaintiff,**

**v.**                          **//**    **CIVIL ACTION NO. 2:06CV7**
                                                   **(Judge Keeley)**

**AN EASEMENT TO CONSTRUCT,
OPERATE AND MAINTAIN 12-INCH
AND 20-INCH GAS TRANSMISSION
PIPELINES ACROSS PROPERTIES IN
HARDY COUNTY, WEST VIRGINIA,
ET AL,**

    **Defendants.**

                                       **//**

**HARDY STORAGE COMPANY, LLC,**

    **Plaintiff,**

**v.**                           **//**    **CIVIL ACTION NO. 2:06CV17**
                                        **(Judge Keeley)**

**AN EASEMENT FOR TANK SITES ON
PROPERTIES IN HARDY COUNTY,
WEST VIRGINIA, ET AL.,**

    **Defendants.**

                                       **//**

### ORDER FOLLOWING OCTOBER 16, 2007 STATUS CONFERENCE

On October 16, 2007, the Court conducted a status conference in this case and directed the parties to submit certain information pertaining to the proposed use of a commission by **Friday, November 16, 2007**.

It is so **ORDERED**.

**HARDY v. PROPERTY INTERESTS, ET.AL.**                    **2:06cv7**
                                                          **2:06cv17**

**ORDER FOLLOWING OCTOBER 16, 2007 STATUS CONFERENCE**

The Clerk is directed to transmit copies of the order to counsel of record and all pro se parties.

DATED: October 19, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE