```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HARDY STORAGE COMPANY, LLC,**

      **Plaintiff,**

**v.**                    //    CIVIL ACTION NO. 2:06CV7
                                          (Judge Keeley)

**AN EASEMENT TO CONSTRUCT,**
**OPERATE AND MAINTAIN 12-INCH**
**AND 20-INCH GAS TRANSMISSION**
**PIPELINES ACROSS PROPERTIES IN**
**HARDY COUNTY, WEST VIRGINIA,**
**ET AL,**

      **Defendants.**

## NOTICE ADVISING PARTIES OF INTENT TO RULE

The Court instructs the parties that it is considering the proposal set forth by the plaintiff, Hardy Storage Company, LLC ("Hardy"), in its "Memorandum Regarding the Proposed Use of a Commission," filed on November 16, 2007 (dkt. no. 68). In this memorandum, Hardy asks the Court to reconsider its proposed use of a commission, and to instead hear the cases itself, or refer them to a Magistrate Judge.

Any party wishing to file a memorandum in response to Hardy's proposal, must do so by **Friday, January 25, 2008.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record and all pro se parties.

DATED: January 16, 2008.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE